

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| CLARENCE EDWARD CYRUS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 8:05-3041-HFF-BHH |
| | § | |
| CAMERON CURRIE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE
MAGISTRATE JUDGE AND DISMISSING PETITION

This is a petition for a writ of *mandamus*. Petitioner is proceeding *pro se*. The matter is before the Court for review of the report and recommendation (Report) of the United States Magistrate Judge in which she recommends that the Court dismiss the petition. The Report is made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Matthews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a *de novo* determination of those portions of the report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or may recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed her Report on November 7, 2005, and Petitioner filed objections on November 22, 2005. Petitioner's objections appear to reiterate his original allegations of violations of his due process rights and human rights, but they utterly fail to address the issues raised in the Magistrate's Report.

Specific objections are necessary to focus the Court's attention on disputed issues. *See Thomas v. Arn*, 474 U.S. 140, 147-48 (1985). Because general objections to a Magistrate Judge's report do not direct the Court's attention to any specific portion of the report, they are tantamount to a failure to object. *Howard v. Secretary of Health & Human Servs.*, 932 F.2d 505, 509 (6th Cir. 1991); *see also Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982) (failure to file specific objections to particular conclusions in magistrate judge's report, after warning of consequences of failure to object, waives further review). As Petitioner has filed only general objections, the Court is justified in adopting the Magistrate's report without further review of Petitioner's claims. Nevertheless, the Court has, in an abundance of caution, reviewed, *de novo*, the record in this petition. The Court finds that the Magistrate Judge was correct in concluding that the petition should be dismissed for the reasons stated in the Report.

Accordingly, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of this Court that this petition be **DISMISSED** *without prejudice* and without issuance and service of process. It is **ORDERED** that this case be deemed a strike for purposes of 28 U.S.C. §§ 1915(e)(2) and (g).

**IT IS SO ORDERED**.

Signed this 22d day of November, 2005, in Spartanburg, South Carolina.

s/ Henry F. Floyd
HENRY F. FLOYD
UNITED STATES DISTRICT JUDGE

\*\*\*\*\*

**NOTICE OF RIGHT TO APPEAL**

Petitioner is hereby notified that he has the right to appeal this Order within **sixty (60)** days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.